IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-04036-01-CR-C-BCW |
| | ) | |
| HENRY L. SUMLING, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Counts One and Two of the Information is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

      s/ BRIAN C. WIMES
      JUDGE BRIAN C. WIMES
      UNITED STATES DISTRICT COURT

Dated:  September 10, 2013